IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN MARIE PARADOWSKI, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1621 |
| | § | |
| TOMBALL TEXAS HOSPITAL | § | |
| COMPANY, LLC, | § | |
|     Defendant. | § | |

## **CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **August 22, 2014,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **8th** day of **July, 2014**.

_____
Nancy F. Atlas
United States District Judge